[No. 40507-5-II.   Division Two.   February 8, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. J.D. JONES BARTON, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 08-1-00727-1, Anne Hirsch, J., entered October 13, 2009. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Hunt, J., concurred in by Worswick, A.C.J., and Van Deren, J.

[No. 28521-9-III.   Division Three.   February 8, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MOISES L. GOMEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Asotin County, No. 09-1-00009-5, Craig J. Matheson, J. Pro Tem., entered October 1, 2009. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Brown, J.

[No. 28797-1-III.   Division Three.   February 8, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY GLENN GATEWOOD, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 09-1-02223-3, Harold D. Clarke III, J., entered January 27, 2010. *Affirmed* by unpublished opinion per Korsmo, A.C.J., concurred in by Brown and Siddoway, JJ.

[No. 27820-4-III.   Division Three.   February 10, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MELQUADIES MANUEL BENAVIDEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 06-1-00783-5, Kenneth L. Jorgensen, J., entered January 6, 2009. *Affirmed in part* and *reversed in part* by unpublished opinion per Siddoway, J., concurred in by Korsmo, A.C.J., and Sweeney, J.